

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00403-CV

DAVID MUSICK & KAYLA MUSICK, Appellants

V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

Appeal from the County Civil Court at Law No. 2 of Harris County
(Tr. Ct. No. 1048329)

**TO THE COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 18th day of August, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellants, David Musick and Kayla Musick. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

> It is further **ORDERED** that appellants pay all costs incurred by reason of this appeal.

> It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered August 18, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

